Prob 12
(Rev. 3-88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Joyce Emerick                                                                 Docket No. 00-00033-002

### Petition on Probation

COMES NOW Theodore W. Johnson, CHIEF U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Joyce Emerick, who was placed on supervision by the Honorable Donetta W. Ambrose sitting in the Court at Pittsburgh, Pennsylvania, on the 20th day of October 2000, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Pay a $100 special assessment.
- Placed on six months' home confinement.
- Provide the probation officer with access to any requested financial information.
- Prohibited from opening bank accounts and incurring new credit or opening additional lines of credit without approval of the probation officer unless in compliance with the payment schedule.
- Pay restitution to the Social Security Administration in the amount of $65,431,99 at a rate of $20 per month (jointly and severally) and to the Washington County Housing Authority in the amount of $16,232.

10-20-00:    Mail Fraud; 5 years' probation; Execution of the sentence was suspended for 30 days.
11-19-00:    Supervision commences; Currently supervised by U.S. Probation Officer Romona Clark.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the defendant did not have the ability to pay restitution as ordered. Monthly payments averaged $5. Payments total $2,616.64, leaving a balance of $79,047.35. In light of the upcoming maximum case expiration date of November 18, 2005, and the defendant's understanding that she must continue making payments, it appears appropriate to permit the case to close with money owing.

PRAYING THAT THE COURT WILL ORDER that the term of probation imposed at Criminal No. 00-00033-002 be allowed to expire as scheduled on November 18, 2005, with the restitution owing and the case be closed.

ORDER OF COURT

Considered and ordered this _____ day of
_____ , 2005, and ordered filed and made
a part of the records in the above case.

_____
Donetta W. Ambrose
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 14, 2005

_____
Romona Clark
U.S. Probation Officer

_____
Paul Dippolito
Supervising U.S. Probation Officer

Place:    Pittsburgh, PA